**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BURKE, BRADLEY J. | § Case No. 17-81801 |
|      BURKE, DEBRA R. | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 01, 2017.  The undersigned trustee was appointed on August 01, 2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of         $         31,814.79

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,682.34 |
| Bank service fees | 118.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 29,014.27 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/08/2018 and the deadline for filing governmental claims was 02/08/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,931.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,931.48, for a total compensation of $3,931.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $440.41, for total expenses of $440.41.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2018          By: /s/JOSEPH D. OLSEN
                              Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81801  
**Case Name:** BURKE, BRADLEY J.  
BURKE, DEBRA R.  
**Period Ending:** 08/30/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/01/17 (f)  
**§341(a) Meeting Date:** 09/07/17  
**Claims Bar Date:** 02/08/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   229 May Court, Dixon, IL 61021-0000, Lee County  Orig. Asset Memo: Imported from original petition Doc# 1; | 52,000.00 | 0.00 | | 0.00 | FA |
| 2   Cash  Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | | 0.00 | FA |
| 3   Checking: Woodforest State Bank  Orig. Asset Memo: Imported from original petition Doc# 1; | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   Deposits of money: Checking account at Woodfores  Orig. Asset Memo: Imported from original petition Doc# 1; | 600.00 | 0.00 | | 0.00 | FA |
| 5   Furniture, furnishings, appliances and misc. oth  Orig. Asset Memo: Imported from original petition Doc# 1; | 3,000.00 | 0.00 | | 0.00 | FA |
| 6   TVs, computer, printer, small electornic items  Orig. Asset Memo: Imported from original petition Doc# 1; | 750.00 | 0.00 | | 0.00 | FA |
| 7   Misc. household implements and tools  Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 | | 0.00 | FA |
| 8   lawn mower and misc. lawn equipment  Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | | 0.00 | FA |
| 9   Books, pictures, dvds, music cds and misc. other  Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |
| 10  Debtor's clothing  Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |
| 11  Rings, watches and misc. other items  Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81801  
**Case Name:** BURKE, BRADLEY J.  
BURKE, DEBRA R.  
**Period Ending:** 08/30/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/01/17 (f)  
**§341(a) Meeting Date:** 09/07/17  
**Claims Bar Date:** 02/08/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Misc. sporting goods and recreational items<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Term life policy<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Possible interest in class action agains Propert<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 0.00 | 5,134.00 | 5,314.00 | | 5,314.79 | FA |
| 15 | 2016 Dodge Journey, vehicle. Entire property val<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 25,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2016 Chevy Silverado. Entire property value: $30<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 30,000.00 | 20,000.00 | | 26,500.00 | FA |
| 17 | 2006 Dodge Durango. Entire property value: $1,80<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 1,800.00 | 0.00 | | 0.00 | FA |
| 18 | 2015 Hyundai Accent. Entire property value: $18,<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 18,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2016 Honda ATV. Entire property value: $8,000.00<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 8,000.00 | 0.00 | | 0.00 | FA |
| 20 | inheritance - fraudulent conveyance  (u) | Unknown | Unknown | | 0.00 | FA |
| 21 | Settlement of claim of unpaid wages against Prop | 5,314.00 | 0.00 | | 0.00 | FA |
| 21 | **Assets** Totals (Excluding unknown values) | **$152,698.00** | **$25,314.00** | | **$31,814.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case was filed, first meeting of creditors conducted, determination it is an asset case, resolved an interest in class action proceeds involving exemptions etc a motion to compromise was filed and approved. The only thing remaining is a possible avoidance of a security interest in a vehicle which so far the purported secured creditor is cooperating with the Trustee should be reslolved sometime in early 2018

Printed: 08/30/2018 03:26 PM    V.14.14

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81801  
**Case Name:** BURKE, BRADLEY J.  
BURKE, DEBRA R.  
**Period Ending:** 08/30/18

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/01/17 (f)  
**§341(a) Meeting Date:** 09/07/17  
**Claims Bar Date:** 02/08/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** December 31, 2018

Case 17-81801 Doc 41 Filed 09/07/18 Entered 09/07/18 09:19:47 Desc Main
Document Page 6 of 11

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-81801  
**Case Name:** BURKE, BRADLEY J.  
BURKE, DEBRA R.  
**Taxpayer ID #:** **-***8249  
**Period Ending:** 08/30/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/17 | {14} | Attorney Mark Zaleski Trust Fund | Proceeds from class action lawsuit | 1129-000 | 5,314.79 | | 5,314.79 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,304.79 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,294.79 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,284.79 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,274.79 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,264.79 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,254.79 |
| 06/05/18 | 101 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-81801, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 2.34 | 5,252.45 |
| 06/26/18 | {16} | Lee Auction Service | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 26,500.00 | | 31,752.45 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31,742.45 |
| 07/24/18 | 102 | Lee Auction Service | AUCTIONEER'S FEES | | | 2,680.00 | 29,062.45 |
| | | | AUCTIONEER'S FEES    2,650.00 | 3610-000 | | | 29,062.45 |
| | | | Auctioneer's Expenses    30.00 | 3620-000 | | | 29,062.45 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.18 | 29,014.27 |
| | | | **ACCOUNT TOTALS** | | 31,814.79 | 2,800.52 | **$29,014.27** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 31,814.79 | 2,800.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,814.79** | **$2,800.52** | |

Net Receipts :  31,814.79  
Net Estate :  $31,814.79

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2466** | 31,814.79 | 2,800.52 | 29,014.27 |
| | $31,814.79 | $2,800.52 | $29,014.27 |

{} Asset reference(s)

# Exhibit "C" - Analysis of Claims Register

## Case: 17-81801    BURKE, BRADLEY J.

**Case Balance:** $29,014.27    **Total Proposed Payment:** $29,014.27    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Attorney Joseph D Olsen | Admin Ch. 7 | 3,434.25 | 3,434.25 | 0.00 | 3,434.25 | 3,434.25 | 25,580.02 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Clerk of the United States Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 25,230.02 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | JOSEPH D. OLSEN | Admin Ch. 7 | 440.41 | 440.41 | 0.00 | 440.41 | 440.41 | 24,789.61 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| | JOSEPH D. OLSEN | Admin Ch. 7 | 3,931.48 | 3,931.48 | 0.00 | 3,931.48 | 3,931.48 | 20,858.13 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| 10S | Synchrony Bank | Secured | 9,645.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 20,858.13 |
| 1 | OneMain | Unsecured | 4,485.28 | 4,485.28 | 0.00 | 4,485.28 | 1,441.78 | 19,416.35 |
| 2 | First National Bank of Omaha | Unsecured | 1,633.97 | 1,633.97 | 0.00 | 1,633.97 | 525.23 | 18,891.12 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 362.12 | 362.12 | 0.00 | 362.12 | 116.40 | 18,774.72 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 637.26 | 637.26 | 0.00 | 637.26 | 204.84 | 18,569.88 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 901.64 | 901.64 | 0.00 | 901.64 | 289.83 | 18,280.05 |
| 6 | Department Stores National Bank | Unsecured | 478.15 | 478.15 | 0.00 | 478.15 | 153.70 | 18,126.35 |
| 7 | Verizon | Unsecured | 137.46 | 137.46 | 0.00 | 137.46 | 44.19 | 18,082.16 |
| 8 | Bureaus Investment Group Portfolio No 15 LLC | Unsecured | 2,680.91 | 2,680.91 | 0.00 | 2,680.91 | 861.76 | 17,220.40 |
| 9 | PYOD, LLC its successors and assigns as assignee | Unsecured | 2,159.88 | 2,159.88 | 0.00 | 2,159.88 | 694.28 | 16,526.12 |
| 10U | Synchrony Bank | Unsecured | 1,801.25 | 1,801.25 | 0.00 | 1,801.25 | 579.00 | 15,947.12 |
| 11 | Portfolio Recovery Associates, LLC | Unsecured | 1,350.21 | 1,350.21 | 0.00 | 1,350.21 | 434.02 | 15,513.10 |
| 12 | Portfolio Recovery Associates, LLC | Unsecured | 2,686.35 | 2,686.35 | 0.00 | 2,686.35 | 863.51 | 14,649.59 |
| 13 | Portfolio Recovery Associates, LLC | Unsecured | 1,346.62 | 1,346.62 | 0.00 | 1,346.62 | 432.86 | 14,216.73 |
| 14 | Nationwide Bank | Unsecured | 44,227.61 | 44,227.61 | 0.00 | 44,227.61 | 14,216.73 | 0.00 |

(*) Denotes objection to Amount Filed

# Exhibit "C" - Analysis of Claims Register

## Case:  17-81801    BURKE, BRADLEY J.

| Case Balance: | $29,014.27 | Total Proposed Payment: | $29,014.27 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 17-81801 :** | | **$82,689.85** | **$73,044.85** | **$0.00** | **$73,044.85** | **$29,014.27** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $8,156.14 | $8,156.14 | $0.00 | $8,156.14 | 100.000000% |
| **Total Secured Claims :** | $9,645.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $64,888.71 | $64,888.71 | $0.00 | $20,858.13 | 32.144467% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-81801
Case Name: BURKE, BRADLEY J.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**  $ 29,014.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10S | Synchrony Bank | 9,645.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,014.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,931.48 | 0.00 | 3,931.48 |
| Trustee, Expenses - JOSEPH D. OLSEN | 440.41 | 0.00 | 440.41 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 3,434.25 | 0.00 | 3,434.25 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 8,156.14
Remaining balance: $ 20,858.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,858.13

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,858.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,888.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | OneMain | 4,485.28 | 0.00 | 1,441.78 |
| 2 | First National Bank of Omaha | 1,633.97 | 0.00 | 525.23 |
| 3 | Capital One Bank (USA), N.A. | 362.12 | 0.00 | 116.40 |
| 4 | Capital One Bank (USA), N.A. | 637.26 | 0.00 | 204.84 |
| 5 | Capital One Bank (USA), N.A. | 901.64 | 0.00 | 289.83 |
| 6 | Department Stores National Bank | 478.15 | 0.00 | 153.70 |
| 7 | Verizon | 137.46 | 0.00 | 44.19 |
| 8 | Bureaus Investment Group Portfolio No 15 LLC | 2,680.91 | 0.00 | 861.76 |
| 9 | PYOD, LLC its successors and assigns as assignee | 2,159.88 | 0.00 | 694.28 |
| 10U | Synchrony Bank | 1,801.25 | 0.00 | 579.00 |
| 11 | Portfolio Recovery Associates, LLC | 1,350.21 | 0.00 | 434.02 |
| 12 | Portfolio Recovery Associates, LLC | 2,686.35 | 0.00 | 863.51 |
| 13 | Portfolio Recovery Associates, LLC | 1,346.62 | 0.00 | 432.86 |
| 14 | Nationwide Bank | 44,227.61 | 0.00 | 14,216.73 |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for timely general unsecured claims: | $ | 20,858.13 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**