# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re:   BURKE, BRADLEY J. and<br>          BURKE, DEBRA R.,<br><br>Debtor(s) | Chapter 7<br><br>Case No. 17-81801<br><br>JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 11, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Mark Zaleski
10 N. Galena Avenue, Suite 220
Freeport, IL 61032
attyzaleski@comcast.net

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

                                                    /s/ Colleen M. Lemek


Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ally
PO Box 380902
Minneapolis, MN 55438-0902

Alpha Recovery
5660 Greenwood Plaza Blvd #101
Englewood, CO 80111-2417

Bureaus Investment Group
650 Dundee Rd, #370
Northbrook, IL 60062-2757

Capital One Bank
PO Box 60024
City Of Industry, CA 91716-0024

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank
PO Box 790216
Saint Louis, MO 63179-0216

Care Credit
GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

Credit Acceptance
POB 513
Southfield, MI 48037-0513

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

First Bankcard
PO Box 2557
Omaha, NE 68103-2557

First Premier Bank
PO Box 5529
Sioux Falls, SD 57117-5529

KSB Hospital
Patient Financial Services
PO Box 590
Dixon, IL 61021-0590

KSB Hospital
Patient Financial Services
PO Box 737
Dixon, IL 61021-0737

Lending Club
71 Stevenson St
Suite 300
San Francisco, CA 94105-2985

Macy's
PO Box 689195
Des Moines, IA 50368-9195

Macy's
PO Box 9001094
Louisville, KY 40290-1094

Nationwide
POB 182049
Columbus, OH 43218-2049

Old Navy
Monogram Credit Card Bank
PO Box 105980 / Dept. 72
Atlanta, GA 30348-5980

Old Navy VISA / GEMB
PO Box 960017
Orlando, FL 32896-0017

One Main Financial
4311 East Lincolnway
Suite D
Sterling, IL 61081-7619

Q Card
PO Box 530905
Atlanta, GA 30353-0905

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

World Finance Corporation
106 S. Peoria Ave.
Dixon, IL 61021-2946

World Finance Corporation
206 Dixon Avenue, Suite 2
Rock Falls, IL 61071-1783

Yamaha Financing
POB 530912
Atlanta, GA 30353-0912

Bradley J. Burke
229 May Court
Dixon, IL 61021-2043

Debra R. Burke
229 May Court
Dixon, IL 61021-2043

Exhibit A