**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BURKE, BRADLEY J. | § | Case No. 17-81801 |
| BURKE, DEBRA R. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $117,564.00          Assets Exempt: $29,564.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,858.13     Claims Discharged
                                                Without Payment: $44,030.58

Total Expenses of Administration: $10,956.66

3) Total gross receipts of $ 31,814.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $31,814.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $9,645.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 3,784.25 | 10,956.66 | 10,956.66 | 10,956.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 64,888.71 | 64,888.71 | 20,858.13 |
| **TOTAL DISBURSEMENTS** | $3,784.25 | $85,490.37 | $75,845.37 | $31,814.79 |

4) This case was originally filed under Chapter 7 on August 01, 2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/04/2019          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible interest in class action agains Propert | 1129-000 | 5,314.79 |
| 2016 Chevy Silverado. Entire property value: $30 | 1129-000 | 26,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$31,814.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S | Synchrony Bank | 4110-000 | N/A | 9,645.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$9,645.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 3,931.48 | 3,931.48 | 3,931.48 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 440.41 | 440.41 | 440.41 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 3,434.25 | 3,434.25 | 3,434.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - International Surities Ltd | 2300-000 | N/A | 2.34 | 2.34 | 2.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.18 | 48.18 | 48.18 |
| Auctioneer for Trustee Fees (including buyers premiums) - Lee Auction Service | 3610-000 | N/A | 2,650.00 | 2,650.00 | 2,650.00 |
| Auctioneer for Trustee Expenses - Lee Auction Service | 3620-000 | N/A | 30.00 | 30.00 | 30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,956.66 | $10,956.66 | $10,956.66 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | OneMain | 7100-000 | N/A | 4,485.28 | 4,485.28 | 1,441.78 |
| 2 | First National Bank of Omaha | 7100-000 | N/A | 1,633.97 | 1,633.97 | 525.23 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 362.12 | 362.12 | 116.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 637.26 | 637.26 | 204.84 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 901.64 | 901.64 | 289.83 |
| 6 | Department Stores National Bank | 7100-000 | N/A | 478.15 | 478.15 | 153.70 |
| 7 | Verizon | 7100-000 | N/A | 137.46 | 137.46 | 44.19 |
| 8 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 2,680.91 | 2,680.91 | 861.76 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,159.88 | 2,159.88 | 694.28 |
| 10U | Synchrony Bank | 7100-000 | N/A | 1,801.25 | 1,801.25 | 579.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,350.21 | 1,350.21 | 434.02 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,686.35 | 2,686.35 | 863.51 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,346.62 | 1,346.62 | 432.86 |
| 14 | Clerk of the United States Bankruptcy Court - | 7100-001 | N/A | 44,227.61 | 44,227.61 | 14,216.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $64,888.71 | $64,888.71 | $20,858.13 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81801  
**Case Name:** BURKE, BRADLEY J.  
BURKE, DEBRA R.  
**Period Ending:** 04/04/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/01/17 (f)  
**§341(a) Meeting Date:** 09/07/17  
**Claims Bar Date:** 02/08/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   229 May Court, Dixon, IL 61021-0000, Lee County<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 52,000.00 | 0.00 | | 0.00 | FA |
| 2   Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 100.00 | 0.00 | | 0.00 | FA |
| 3   Checking: Woodforest State Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   Deposits of money: Checking account at Woodfores<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 600.00 | 0.00 | | 0.00 | FA |
| 5   Furniture, furnishings, appliances and misc. oth<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 3,000.00 | 0.00 | | 0.00 | FA |
| 6   TVs, computer, printer, small electornic items<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 750.00 | 0.00 | | 0.00 | FA |
| 7   Misc. household implements and tools<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 | | 0.00 | FA |
| 8   lawn mower and misc. lawn equipment<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 200.00 | 0.00 | | 0.00 | FA |
| 9   Books, pictures, dvds, music cds and misc. other<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |
| 10  Debtor's clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |
| 11  Rings, watches and misc. other items<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-81801
**Case Name:** BURKE, BRADLEY J.
BURKE, DEBRA R.
**Period Ending:** 04/04/19

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/01/17 (f)
**§341(a) Meeting Date:** 09/07/17
**Claims Bar Date:** 02/08/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Misc. sporting goods and recreational items<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Term life policy<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Possible interest in class action agains Propert<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 0.00 | 5,134.00 | 5,314.00 | | 5,314.79 | FA |
| 15 | 2016 Dodge Journey, vehicle. Entire property val<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 25,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2016 Chevy Silverado. Entire property value: $30<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 30,000.00 | 20,000.00 | | 26,500.00 | FA |
| 17 | 2006 Dodge Durango. Entire property value: $1,80<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 1,800.00 | 0.00 | | 0.00 | FA |
| 18 | 2015 Hyundai Accent. Entire property value: $18,<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 18,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2016 Honda ATV. Entire property value: $8,000.00<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 8,000.00 | 0.00 | | 0.00 | FA |
| 20 | inheritance - fraudulent conveyance (u) | Unknown | Unknown | | 0.00 | FA |
| 21 | Settlement of claim of unpaid wages against Prop | 5,314.00 | 0.00 | | 0.00 | FA |
| 21 | **Assets Totals** (Excluding unknown values) | **$152,698.00** | **$25,314.00** | | **$31,814.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case was filed, first meeting of creditors conducted, determination it is an asset case, resolved an interest in class action proceeds involving exemptions etc a motion to compromise was filed and approved. The only thing remaining is a possible avoidance of a security interest in a vehicle which so far the purported secured creditor is cooperating with the Trustee should be reslovled sometime in early 2018.

Printed: 04/04/2019 04:10 PM V.14.50

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 17-81801  
**Case Name:** BURKE, BRADLEY J.  
BURKE, DEBRA R.  
**Period Ending:** 04/04/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/01/17 (f)  
**§341(a) Meeting Date:** 09/07/17  
**Claims Bar Date:** 02/08/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

TFR filed on 9/7/2018. Report of Unclaimed Funds filed on 1/15/2019.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** September 11, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 17-81801 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BURKE, BRADLEY J. | | Bank Name: | Rabobank, N.A. |
| | BURKE, DEBRA R. | | Account: | ******2466 - Checking Account |
| Taxpayer ID #: | **-***8249 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/04/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/26/17 | {14} | Attorney Mark Zaleski Trust Fund | Proceeds from class action lawsuit | 1129-000 | 5,314.79 | | 5,314.79 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,304.79 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,294.79 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,284.79 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,274.79 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,264.79 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,254.79 |
| 06/05/18 | 101 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-81801, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 2.34 | 5,252.45 |
| 06/26/18 | {16} | Lee Auction Service | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 26,500.00 | | 31,752.45 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31,742.45 |
| 07/24/18 | 102 | Lee Auction Service | AUCTIONEER'S FEES | | | 2,680.00 | 29,062.45 |
| | | | AUCTIONEER'S FEES　2,650.00 | 3610-000 | | | 29,062.45 |
| | | | Auctioneer's Expenses　30.00 | 3620-000 | | | 29,062.45 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.18 | 29,014.27 |
| 10/04/18 | 103 | Clerk of the United States Bankruptcy Court | Adversary complaint filing fee (Case No. 18-96008) | 2700-000 | | 350.00 | 28,664.27 |
| 10/04/18 | 104 | OneMain | Check for Claim No. 1 | 7100-000 | | 1,441.78 | 27,222.49 |
| 10/04/18 | 105 | First National Bank of Omaha | Check for Claim No. 2 | 7100-000 | | 525.23 | 26,697.26 |
| 10/04/18 | 106 | Capital One Bank (USA), N.A. | Check for Claim No. 3 | 7100-000 | | 116.40 | 26,580.86 |
| 10/04/18 | 107 | Capital One Bank (USA), N.A. | Check for Claim No. 4 | 7100-000 | | 204.84 | 26,376.02 |
| 10/04/18 | 108 | Capital One Bank (USA), N.A. | Check for Claim No. 5 | 7100-000 | | 289.83 | 26,086.19 |
| 10/04/18 | 109 | Department Stores National Bank | Check for Claim No. 6 | 7100-000 | | 153.70 | 25,932.49 |
| 10/04/18 | 110 | Verizon | Check for Claim No. 7 | 7100-000 | | 44.19 | 25,888.30 |
| 10/04/18 | 111 | Bureaus Investment Group Portfolio No 15 LLC | Check for Claim No. 8 | 7100-000 | | 861.76 | 25,026.54 |
| 10/04/18 | 112 | PYOD, LLC its successors and assigns as assignee | Check for Claim No. 9 | 7100-000 | | 694.28 | 24,332.26 |
| 10/04/18 | 113 | Synchrony Bank | Check for Claim No. 10U | 7100-000 | | 579.00 | 23,753.26 |
| 10/04/18 | 114 | Portfolio Recovery Associates, LLC | Check for Claim No. 11 | 7100-000 | | 434.02 | 23,319.24 |
| 10/04/18 | 115 | Portfolio Recovery Associates, LLC | Check for Claim No. 12 | 7100-000 | | 863.51 | 22,455.73 |
| 10/04/18 | 116 | Portfolio Recovery Associates, LLC | Check for Claim No. 13 | 7100-000 | | 432.86 | 22,022.87 |
| 10/04/18 | 117 | Nationwide Bank | Check for Claim No. 14　Stopped on 01/15/19 | 7100-005 | | 14,216.73 | 7,806.14 |
| 10/04/18 | 118 | Attorney Joseph D Olsen | ATTORNEY FEES & EXPENSES | 3110-000 | | 3,434.25 | 4,371.89 |

Subtotals :　$31,814.79　$27,442.90

{} Asset reference(s)　　Printed: 04/04/2019 04:10 PM　V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 17-81801 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | BURKE, BRADLEY J. | | **Bank Name:** | Rabobank, N.A. |
| | BURKE, DEBRA R. | | **Account:** | ******2466 - Checking Account |
| **Taxpayer ID #:** | **-***8249 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 04/04/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/18 | 119 | JOSEPH D. OLSEN | ATTORNEY FEES & EXPENSES | 2200-000 | | 440.41 | 3,931.48 |
| 10/04/18 | 120 | JOSEPH D. OLSEN | TRUSTEE'S FEES & EXPENSES | 2100-000 | | 3,931.48 | 0.00 |
| 01/15/19 | 117 | Nationwide Bank | Check for Claim No. 14 Stopped: check issued on 10/04/18 | 7100-005 | | -14,216.73 | 14,216.73 |
| 01/15/19 | 121 | Clerk of the United States Bankruptcy Court | UNCLAIMED FUNDS - TURNOVER TO USBC | 7100-001 | | 14,216.73 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31,814.79 | 31,814.79 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 31,814.79 | 31,814.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,814.79** | **$31,814.79** | |

| | |
|---|---|
| Net Receipts : | 31,814.79 |
| Net Estate : | $31,814.79 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2466** | 31,814.79 | 31,814.79 | 0.00 |
| | $31,814.79 | $31,814.79 | $0.00 |

{} Asset reference(s)

Printed: 04/04/2019 04:10 PM   V.14.50